Danny **BLACKWELL**, Appellant
(Plaintiff below),

v.

Larry Dean **PICKETT**, Appellee
(Defendant below),

and

Wallace Charles Mortenson,
(Defendant below).

No. 3977.

Supreme Court of Wyoming.

Nov. 18, 1971.

Rehearing Denied Dec. 28, 1971.

Robert R. Rose, Jr., and G. L. Spence, Casper, for appellant.

Redle, Yonkee & Arney and Lawrence A. Yonkee, Sheridan, for appellee.

Before McINTYRE, C. J., and PARKER, McEWAN, and GRAY, JJ.

PER CURIAM.

The judgment below is affirmed by an equally divided court.